UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CYNTHIA WESSINGER | CIVIL ACTION |
| VERSUS | |
| FRANCISCO GOMEZ, ET AL. | NO. 23-01368-BAJ-SDJ |

## JUDGMENT

Considering the **Joint Motions to Dismiss with Prejudice (Docs. 14, 15)**, which the Court construe as stipulations of dismissal that dismiss the above-captioned action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorney fees.

Baton Rouge, Louisiana, this 14th day of November, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA